IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GORDON ROY PARKER | : | CASE NO.: 02-cv-7215 |
| vs. | : | |
| JOHN DOE, a/ka "Wintermute" and and Does #2-100 | : | |

## ORDER

AND NOW this _____ day of _____, 2003, upon consideration of plaintiff's Motion to Compel and responses thereto, it is hereby **ORDERED** that said Motion is **DENIED.**

BY THE COURT:

_____
J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GORDON ROY PARKER** | CASE NO.: 02-cv-7215 |
| vs. | |
| JOHN DOE, a/ka "Wintermute" and and Does #2-100 | |

### RESPONSE OF THE UNVERSITY OF PENNSYLANIA TO THE MOTION TO COMPEL

This is a brief response to Mr. Parker's Motion to Compel. As set forth in my December 18, 2002 letters to the Court and Mr. Parker (attached as Exhibit "A"), the University has complied with the Subpoena by informing Parker and the Court that the University is not in possession of documents or information as to the identity of the senders of the e-mails attached to the Subpoena. Appended as Exhibit "B" are the Affidavits of Mr. Millar and Detective Blackmore, whom Parker asserts have such information. They do not.

There is no further response the University can give to the Subpoena.

Accordingly, the Motion to Compel should be denied.

Respectfully,

**DATED:** January 15, 2003.        By: _____
John M. Myers
Attorney I.D. No. 16642

MONTGOMERY, McCRACKEN, WALKER
& RHOADS, LLP
123 South Broad Street
Philadelphia, PA 19109
Telephone No.:        (215) 772-7535
Facsimile No.:         (215) 772-7620
Attorneys for THE UNIVERSITY OF PENNSYLVANIA

# EXHIBIT "A"

# MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP
## ATTORNEYS AT LAW

**JOHN M. MYERS**
ATTORNEY AT LAW
ADMITTED IN PENNSYLVANIA

DIRECT DIAL
215-772-7535

jmyers@mmwr.com

123 SOUTH BROAD STREET
PHILADELPHIA, PA 19109
215-772-1500
FAX 215-772-7620

LIBERTYVIEW
457 HADDONFIELD ROAD, SUITE 600
CHERRY HILL, NJ 08002
856-488-7700
FAX 856-488-7720

CHRISTIANA EXECUTIVE CAMPUS
131 CONTINENTAL DRIVE, SUITE 304
NEWARK, DE 19713
302-894-7000
FAX 302-733-7937

December 18, 2002

Hon. James McGirr Kelly
Rm. 8614
U.S. Courthouse
601 Market St.
Philadelphia, PA 19106

Re:   Parker v. Doe, AKA Wintermute, 02-cv-7215
      Motion to Enforce Subpoenas Duces Tecum on
      <u>Nonparty University of Pennsylvania -</u>
      <u>Response to the Motion on Behalf of the University of Pennsylvania</u>

Dear Judge Kelly,

This letter is the University's response to the above motion, filed by letter in the hopes of maintaing reasonable economy in the matter.

Attached is the letter sent this date to the <u>pro se</u> plaintiff. Simply put, the University, which is not a party to this matter, has nothing responsive to the subpoena.

If Mr. Parker does not withdraw his motion based upon this response, or if the Court so directs, the University will file more formal objection to the subpoena, and/or a more formal response to Mr. Parker's motion. By responding to Mr. Parker as we did, we did not intend to waive any of the University's objections or defenses to the subpoena.

Sincerely,

John M. Myers

A LIMITED LIABILITY PARTNERSHIP FORMED IN PENNSYLVANIA
LOUIS A. PETRONI - NEW JERSEY RESPONSIBLE PARTNER

Hon. James McGrr Kelley
December 18, 2002
Page 2

cc:  Gordon Roy Parker
     Eric Tilles, Esq.



# MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP
## ATTORNEYS AT LAW

**JOHN M. MYERS**
ATTORNEY AT LAW
ADMITTED IN PENNSYLVANIA

DIRECT DIAL
215-772-7535

jmyers@mmwr.com

123 SOUTH BROAD STREET
PHILADELPHIA, PA 19109
215-772-1500
FAX 215-772-7620

LIBERTYVIEW
457 HADDONFIELD ROAD, SUITE 600
CHERRY HILL, NJ 08002
856-488-7700
FAX 856-488-7720

CHRISTIANA EXECUTIVE CAMPUS
131 CONTINENTAL DRIVE, SUITE 304
NEWARK, DE 19713
302-894-7000
FAX 302-733-7937

December 18, 2002

Gordon Roy Parker
4247 Locust St. #806
Philadelphia, PA 19104

Re: <u>Parker v. Doe, aka Wintermute</u>, 02-cv-7215
    <u>Subpoena Directed to Office of General Counsel, University of Pennsylvania</u>

Dear Mr. Parker:

Without waiver of any and all objections to the subpoena, the University of Pennsylvania responds as follows:

> The University has no available information from which the identity of the senders of the emails attached to the subpoena could be determined.

Based upon this response, it is my expectation that you will promptly withdraw the Motion to Compel. Should you refuse, the University will assert every available defense and objection to the motion to compel which you have filed.

Sincerely,

John M. Myers,
Counsel for the University

cc: Eric Tilles

A LIMITED LIABILITY PARTNERSHIP FORMED IN PENNSYLVANIA
LOUIS A. PETRONI - NEW JERSEY RESPONSIBLE PARTNER

# EXHIBIT "B"

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GORDON ROY PARKER | CASE NO.: 02-cv-7215 |
| vs. | |
| JOHN DOE, a/ka "Wintermute" and and Does #2-100 | |

## STATEMENT OF
## DAVID MILLAR

I, David Millar, declare the following:

1. I am the Information Security Officer at the University of Pennsylvania.

2. In that connection, I was asked by University Counsel whether the University has computer information or documents from which the identity the sender of the e-mails attached to the subpoena directed to the University can be determined.

3. The University has no documents or computer records from which the identity of the senders of the e-mails attached to the subpoena could be determined.

Pursuant to 28 USC 1746, I declare under penalty of perjury that the foregoing is true and correct.

_____    1/6/03
David Millar                (date)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GORDON ROY PARKER | CASE NO.: 02-cv-7215 |
| vs. | |
| JOHN DOE, a/k/a "Wintermute" and and Does #2-100 | |

STATEMENT
OF
JAMES B. BLACKMORE

I, James D. Blackmore, declare the following:

1. I am a Detective in the University of Pennsylvania Department of Public Safety.

2. In that connection, I was involved in the processing of a Complaint by Gordon Roy Parker on September 11, 2000.

3. I was unable to determine the sender of the e-mail about which Mr. Parker complained.

4. Other than the report attached to Mr. Parker's subpoena, a copy of which I have seen, I have no information or paperwork, and am not aware of any held by the University, concerning this incident.

Pursuant to 28 USC 1746, I declare under penalty of perjury that the foregoing is true and correct.

_____  1-6-03
James B. Blackmore           (date)

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Response of The University of Pennsylvania to the Motion to Compel was served by way of First Class Mail on this 15th day of January, 2003 upon:

Gordon Roy Parker, pro se
4247 Locust Street, No. 806
Philadelphia, PA 19104

_____
John M. Myers