IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

GORDON ROY PARKER,                    :          CIVIL ACTION
a/k/a RAY GORDON,                     :
    Plaintiff,                        :
                                      :
    v.                                :
                                      :
JOHN DOE #1, a/k/a                    :
"WINTERMUTE," and                     :
JOHN DOES #2-100,                     :
    Defendants.                       :          No. 02-CV-7215

## ORDER

**AND NOW**, this 25th day of February 2003, upon consideration

of Plaintiff Gordon Roy Parker's, a/k/a Ray Gordon ("Plaintiff")

continued and inexcusable failure to serve any defendants,

including those defendants identified by Plaintiff, in the above-

mentioned case, despite this Court's several admonitions to do so

and extensions of time to effectuate service, we conclude that

Plaintiff has failed to comply with this Court's January 22, 2003

letter ordering him to file proof of service of process by

February 12, 2003.  Since Plaintiff does not present an adequate

reason for his inability to serve these defendants within the

additional time this Court extended him, it is **ORDERED** that

pursuant to Federal Rule of Civil Procedure 4(m), Plaintiff's

case is **DISMISSED WITHOUT PREJUDICE.**

It is further **ORDERED** that all outstanding motions,

including Plaintiff's Second Motion for Leave to File a Second

Amended Complaint and For Extension of Time to Effect Service

(Doc. No. 18) and Motion to Enforce Subpoenas Duces Tecum on

Nonparty University of Pennsylvania (Doc. No. 8), must be **DENIED**

**AS MOOT.**

                                        BY THE COURT:


                                        _____
                                        JAMES McGIRR KELLY, J.